NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOAH BASS,<br><br>               Plaintiff,<br><br>v.<br><br>NEW JERSEY AFFORDABLE HOMES, CORP., et al.,<br><br>               Defendants. | Civil Action No.: 05-3672 (JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter having been opened to the Court by way of a civil Complaint filed on July 25, 2005 on behalf of Plaintiff Noah Bass against various defendants, and it appearing that:

1. The subject matter of this action is closely related to that of another matter pending before this Court, <u>Securities & Exchange Comm. v. New Jersey Affordable Homes, Corp., et al.</u>, Civil Action No.: 05-4403 (JLL) (the "SEC Action");

2. This Court entered a preliminary injunction in the SEC Action which restrained, enjoined and stayed persons from the commencement or continuation of a judicial or administrative proceeding against certain named parties, some of whom are named as defendants in the instant civil Complaint.

3. By order dated December 5, 2005, this Court referred the SEC Action back to the Bankruptcy Court and continued all existing restraints,

IT IS on this 29th day of March, 2007,

**ORDERED** that pursuant to this Court's authority under 28 U.S.C. § 157(a), the civil Complaint in this matter is hereby referred to the Bankruptcy Court.

Jose L. Linares
United States District Judge